IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ENOC ALCANTARA,                    )
                                   )
            Petitioner,            )
                                   )
     v.                            )          1:25-cv-1147
                                   )
UNITED STATES,                     )
                                   )
            Respondent.            )

## ORDER

The matter is before this court for review of the Recommendation ("Recommendation") filed on December 29, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 2.) In the Recommendation, the Magistrate Judge recommends that because of this pleading's failures, as cited in the recommendation, the Petition should be dismissed without prejudice to Petitioner promptly filing a new action in the proper district. The Recommendation was served on the Petitioner on December 29, 2025. (Doc. 3.) Petitioner timely filed objections, (Doc. 5), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the

[M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

In addition to the reasons identified by the Magistrate Judge, (Doc. 2 at 1), this court finds the Petition is subject to dismissal. Petitioner has still failed to identify the case or the district in which he was convicted originally. This court has searched the docket and is not able to identify a case involving this Defendant.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new action in the proper district if he satisfies the custody requirement of the applicable statute.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

- 2 -

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 14th day of April, 2026.

_____
United States District Judge

- 3 -